**FLESHER SCHAFF & SCHROEDER, INC.**
Jacob D. Flesher, CA SBN: 210565
Jason W. Schaff, CA SBN: 244285
Jeremy J. Schroeder, CA SBN: 223118
2202 Plaza Drive
Rocklin, CA  95765
Telephone: (916) 672-6558
Facsimile: (916) 672-6602

Attorneys for Plaintiff,
PAUL H. BURKE

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| PAUL H. BURKE, an individual, | **CASE NO.: 2:16-cv-01311-KJM-AC** |
| Plaintiff, | |
| vs. | |
| COURTNEY McGINTY SOTO, as an individual and in her official capacity; STEPHEN WEHR, as an individual and in his official capacity; TONY DeVILLE, as an individual and in his official capacity; EL DORADO UNION HIGH SCHOOL DISTRICT, a public entity; and, DOES 1 through 50, inclusive; | **JOINT STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES PER FRCP 15** |
| Defendants. | |

After meet and confer efforts in order to streamline the pleadings, Plaintiff PAUL BURKE and Defendants COURTNEY McGINTY SOTO, STEPHEN WEHR, TONY DEVILLE, and EL DORADO UNION HIGH SCHOOL DISTRICT (hereinafter collectively as "Defendants") STIPULATE AND AGREE that Plaintiff be given leave to file a Second Amended Complaint for Damages per FRCP 15.

///

///

///

Dated: August 26, 2016　　　　　　　　　**FLESHER SCHAFF & SCHROEDER INC**

　　　　　　　　　　　　　　　　　　　　By _____/s/_Jacob D. Flesher_____
　　　　　　　　　　　　　　　　　　　　　　　Jacob D. Flesher
　　　　　　　　　　　　　　　　　　　　　　　Jason W. Schaff
　　　　　　　　　　　　　　　　　　　　　　　Jeremy J. Schroeder
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　PAUL H. BURKE

Dated:  August 26, 2016　　　　　　　　　**PORTER SCOTT**
　　　　　　　　　　　　　　　　　　　　**A PROFESSIONAL CORPORATION**

　　　　　　　　　　　　　　　　　　　　By _____/s/_Derek J. Haynes__  _____
　　　　　　　　　　　　　　　　　　　　　　　Nancy Sheehan
　　　　　　　　　　　　　　　　　　　　　　　Derek J. Haynes
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　STEPHEN WEHR; TONY
　　　　　　　　　　　　　　　　　　　　　　　DEVILLE; and  EL DORADO
　　　　　　　　　　　　　　　　　　　　　　　UNION HIGH SCHOOL
　　　　　　　　　　　　　　　　　　　　　　　DISTRICT

Dated: August 26, 2016　　　　　　　　　**SPINELLI DONALD & NOTT**

　　　　　　　　　　　　　　　　　　　　By _____/s/_Domenic D. Spinelli_____
　　　　　　　　　　　　　　　　　　　　　　　Domenic D.  Spinelli
　　　　　　　　　　　　　　　　　　　　　　　Alison W. Winter
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　COURTNEY MCGINTY SOTO

**IT IS SO ORDERED**:

DATED:  August 30, 2016
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE